IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZEL WARFIELD, | CASE NO. CV-F-03-6151 REC WMW HC |
| Petitioner, | ORDER GRANTING MOTION TO LIFT STAY AND TO FILE AMENDED PETITION |
| vs. | (Doc. 25) |
| A. K. SCRIBNER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case is stayed pursuant to an order of the court issued November 9, 2005, to allow Petitioner to exhaust additional claims in state court.

On March 3, 2006, Petitioner filed a motion to lift the stay in this case, explaining that the California Supreme Court has ruled on his petition for writ of habeas corpus. Petitioner further seeks to file an amended petition. Respondent has filed a statement of non-opposition to the court lifting the stay in this case and allowing Petitioner to file an amended petition.

Based on the above, the court HEREBY GRANTS Petitioner's motion to lift the stay in this case and to file an amended petition. Petitioner is granted thirty (30) days from the date of service of this

order within which to file an amended petition, containing all of his claims.  Respondent is granted thirty (30) days thereafter to file a response.  Petitioner is granted thirty (30) days after the filing of the answer within which to file a traverse, should he wish to do so.

IT IS SO ORDERED.

**Dated:    March 21, 2006**          /s/  **William M. Wunderlich**
bl0dc4                                           UNITED STATES MAGISTRATE JUDGE