UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENZEL WARFIELD, | ) | 1:03-CV-06151-REC-WMW-HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING APPLICATION |
| | ) | AS MOOT |
| v. | ) | (DOCUMENT #28) |
| | ) | |
| A. K. SCRIBNER, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a prisoner proceeding pro se with a petition for habeas corpus pursuant to 28 U.S.C. § 2254. On April 24, 2006, petitioner submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Due to the fact that the court granted to petitioner leave to proceed in forma pauperis on October 14, 2003, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:   May 22, 2006**            /s/  **William M. Wunderlich**
bl0dc4                                       UNITED STATES MAGISTRATE JUDGE