IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZEL WARFIELD, | CASE NO. CV-F-03-6151 AWI WMW HC |
| Petitioner, | ORDER TO SHOW CAUSE |
| vs. | |
| A. K. SCRIBNER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 22, 2006, the court granted Petitioner's motion to lift the stay in this case and to file an amended petition. Petitioner was granted thirty days from the date of service of the order within which to file an amended petition containing all of his claims, and Respondent was granted thirty days thereafter to file a response. Petitioner filed his third amended petition on April 24, 2006.

Although more than thirty days have passed since Petitioner filed his third amended petition, Respondent has not filed a response to the third amended petition.

1 | Accordingly, Respondent SHALL within ten days of the date of service of this order, SHOW
2 | CAUSE why he should not be sanctioned for failure to comply with the court's order.
3
4 | IT IS SO ORDERED.
5 | **Dated:   June 27, 2006**           **/s/  William M. Wunderlich**
  | bl0dc4                                UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28