UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENZEL WARFIELD, | ) | 1:03-CV-06151-AWI-WMW-HC |
| | ) | |
| Petitioner, | ) | ORDER DISCHARGING ORDER TO |
| | ) | SHOW CAUSE |
| v. | ) | (Document #32) |
| | ) | |
| A. K. SCRIBNER, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE RESPONSE TO |
| | ) | AMENDED PETITION OF APRIL 24, |
| Respondent. | ) | 2006 |
| _____ | ) | (Document #33) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 28, 2006, the court issued an order for respondent to show cause why sanctions should not be ordered for failure to file a response to the amended petition of April 24, 2006,[1] pursuant to the court's previous order of March 22, 2006. On June 28, 2006, respondent responded to the order to show cause and offered an explanation for his failure to file a response to the amended petition. Respondent also requested an extension of time to file the response. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     1.     The order to show cause of June 28, 2006, is DISCHARGED; and

     2.     Respondent is GRANTED thirty days from the date of service of this order in which to file a response to the amended petition of April 24, 2006, pursuant to the court's order of March 22, 2006.

IT IS SO ORDERED.

**Dated:   July 13, 2006**              **/s/  William M. Wunderlich**
bl0dc4                                UNITED STATES MAGISTRATE JUDGE

---

[1]Although the court made reference to the *third* amended petition in its order to show cause, the amended petition of April 24, 2006, is petitioner's *first* amended petition. To date, petitioner has amended the petition only once.