IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZEL WARFIELD,<br><br>           Petitioner,<br><br>     vs.<br><br>A. K. SCRIBNER,<br><br>           Respondent.                   / | CASE NO. CV-F-03-6151 AWI WMW HC<br><br>ORDER DENYING MOTION FOR<br>DEFAULT JUDGMENT<br><br>[Doc. 35] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 22, 2006, the court granted Petitioner's motion to lift the stay in this case and to file an amended petition. Petitioner was granted thirty days from the date of service of the order within which to file an amended petition containing all of his claims, and Respondent was granted thirty days thereafter to file a response. Petitioner filed his third amended petition on April 24, 2006.

On June 28, 2006, the court entered an order requiring Respondent to show cause why he had not filed a response to the third amended petition. Respondent immediately responded to the court's order and on July 14, 2006, the court granted an extension of time until August 17, 2006, to file a response to the amended petition.

1    On July 18, 2006, Petitioner filed a motion for default judgment, based on Respondent's failure to file a response to his amended petition within thirty days of April 24, 2006, as originally ordered by the court. This court has a liberal policy regarding granting extensions of time. All parties benefit from this policy, and it helps to promote the underlying policy in the Ninth Circuit of resolving cases on the merits, rather than on procedural technicalities. Further, contrary to what Petitioner asserts in his motion, this court has not made the determination that Petitioner is entitled to judgment on the merits of his petition.

   Accordingly, Petitioner's motion for default judgment is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   July 24, 2006**          /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE