UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZEL WARFIELD, | 1:03-CV-06151-AWI-WMW-HC |
| Petitioner, | |
| v. | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #40) |
| A. K. SCRIBNER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 5, 2006, petitioner filed a motion to extend time to file a traverse in response to the amended answer filed by respondent on August 14, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   October 3, 2006**          **/s/  William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE