IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZEL WARFIELD, SR., | 1:03-cv-06151 LJO WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS & RECOMMENDATIONS |
| vs. | |
| A.K. SCRIBNER, et al., | (DOCUMENT #50) |
| Respondents. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 17, 2007, petitioner filed a motion to extend time to file objections to Findings & Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   November 1, 2007**          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE