UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZEL WARFIELD, Petitioner, v. A. K. SCRIBNER, Respondent. | 1:03-CV-06151-LJO-WMW-HC ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PETITION FOR WRIT OF HABEAS CORPUS [Doc. 28, 48] |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. Petitioner proceeded pro se in the filing of his petition, but was represented by counsel in the filing of his traverse.  This case proceeds on the Third Amended Petition filed April 24, 2006.   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 21, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  Petitioner filed objections on December 5, 2007.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  In response to Petitioner's argument in his objections that the Magistrate Judge failed to address his request for an evidentiary hearing, the court notes that it has no obligation to address claims made for the first time in a traverse.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on September 21,  2007, are a adopted in full;

2. The Petition for Writ of Habeas Corpus is denied;

3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:** **January 7, 2008**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE